===============================================================================

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

KYRELL DANTE HARDY,

    Plaintiff,

v.

DAVID P. STEINER, et al.,

    Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

No. 3:25-cv-553-KAC-DCP

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915,

IT IS ORDERED that the application is

☐ **GRANTED**

☐ IT IS ORDERED that the clerk issue summons and the United States Marshal, or the plaintiff, shall serve a copy of the complaint, summons, and this order upon all defendant(s) as directed by the plaintiff. If the United States Marshal provides the service, all costs of service shall be advanced by the United States. If the plaintiff provides his/her own service, the plaintiff will bear his/her own costs. Plaintiff is hereby put **ON NOTICE** that failure to serve the defendant(s) in the time required by Federal Rule of Civil Procedure 4(m) may result in this action being dismissed without prejudice for failure to prosecute.

[X] **DEFICIENT**, for the following reasons:

1. Page 3: Plaintiff notes 3 sources of income—partial employment, U.C. insurance, and W.C. benefits—but fails to note the amount of money received from each source within the past twelve months.

The deficiency must be cured within thirty (30) days or the Application to Proceed In Forma Pauperis will be **DENIED**.

ENTER this 16th day of December, 2025.

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge